# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| N. CHENEY | ) |
| | ) |
| Plaintiff, | ) Case No. 2:21-cv-02205-JWB-GEB |
| | ) |
| v. | ) |
| | ) |
| ROKAL, INC. d/b/a DAIRY QUEEN | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

COMES NOW, counsel, Sylvia Hernandez of Baldwin & Vernon, LLC and hereby notifies the court under Federal Rule of Civil Procedure 41, et. seq., of the voluntary dismissal of the above-styled action **without prejudice** against the above-named Defendant, each party to bear own costs.

Respectfully submitted,

**BALDWIN & VERNON**

By: /s/ *Sylvia Hernandez*
Kevin Baldwin, KS Bar No. #18637
Eric Vernon, KS Bar No. #21358
Sylvia Hernandez, KS Bar No. #78914
Robin Koogler, KS Bar No. #78915
108 S Pleasant St.
Independence, MO. 64050
Tel: (816) 842-1102
Fax (816) 842-1104
Kevin@bvalaw.net
Eric@bvalaw.net
Sylvia@bvalaw.net
Robin@bvalaw.net

ATTORNEYS FOR PLAINTIF

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing was transmitted via CM/ECF electronic filing this 22nd day of February 2022, to counsel of record.

By: /s/ *Sylvia Hernandez*
Attorney for Plaintiff