**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| N. CHENEY | ) |
| | ) |
| Plaintiff, | ) Case No. 2:21-cv-02205-JWB-GEB |
| | ) |
| v. | ) |
| | ) |
| ROKAL, INC. d/b/a DAIRY QUEEN | ) |
| | ) |
| Defendant. | ) |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

COMES NOW, Plaintiff, N. Cheney, and Defendant, Rokal, Inc. d/b/a Dairy

Queen, and hereby stipulate under Fed. R. Civ. P. 41(a)(1)(ii), that this action be dismissed

without prejudice against the above-named Defendant, each party to bear own costs.


BALDWIN & VERNON

By: /s/ *Sylvia Hernandez*

Kevin Baldwin, KS Bar No. #18637
Eric Vernon, KS Bar No. #21358
Sylvia Hernandez, KS Bar No. #78914
Robin Koogler, KS Bar No. #78915
108 S Pleasant St.
Independence, MO. 64050
Tel: (816) 842-1102
Fax (816) 842-1104
Kevin@bvalaw.net
Eric@bvalaw.net
Sylvia@bvalaw.net
Robin@bvalaw.net

ATTORNEYS FOR PLAINTIFF

**FARRIS, FRESH & WERRING LAW OFFICES**

By: /s/ *John Fresh*
John W. Fresh, KS Bar No. #17114
110 N. 5th
P.O. Box 2
Atchison, KS 6602-0002
Tel: (913) 367-2424
Fax: (913) 367-7017
John@ffwlegal.com

ATTORNEY FOR DEFENDANT

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was transmitted via

CM/ECF electronic filing this 24th day of February 2022, to counsel of record.

By: /s/ *Sylvia Hernandez*
Attorney for Plaintiff